UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 01 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Defendants - Appellees. | No. 21-56022<br><br>D.C. No. 2:21-cv-02803-RGK-MAR<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

     The Court of Appeals' records do not indicate that appellant has filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

     Within seven (7) days of the filing of this order, appellant shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov), or (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b).

     Information about the mediation program may be found on the court's website: www.ca9.uscourts.gov/mediation.

                                                               FOR THE COURT:

                                                               Lynn Warton
lw/mediation                                                           Deputy Clerk