# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

| | |
|---|---|
| **9th Cir. Case Number(s)** | 21-56022 |
| **Case Name** | John Doe vs. U.S., et al. |
| **Counsel submitting this form** | Benjamin N. Gluck<br>Bird Marella |
| **Represented party/parties** | John Doe |

*Briefly describe the dispute that gave rise to this lawsuit.*

This action relates to the search and seizure of John Doe's property contained in a safe deposit box maintained by U.S. Private Vaults in Beverly Hills, CA.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**       1       Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

> The Court's July 23, 2021, dismissal for failure to state a claim for return of property and violations of the Fourth and Fifth Amendment.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> Richard Roe vs. U.S., et al. (Case No. 2:21-cv-02919)
> Michael Moe vs. U.S., et al. (Case No. 2:21-cv-2990)

**Signature** /s/ Benjamin N. Gluck   **Date** Oct 1, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 7**      2      Rev. 12/01/2018