UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 07 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>      Defendants - Appellees. | No. 21-56022<br><br>D.C. No. 2:21-cv-02803-RGK-MAR<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |
| RICHARD ROE,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>      Defendants - Appellees. | No. 21-56026<br><br>D.C. No. 2:21-cv-02919-RGK-MAR<br>U.S. District Court for Central California, Los Angeles |
| MICHAEL MOE,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>      Defendants - Appellees. | No. 21-56027<br><br>D.C. No. 2:21-cv-02990-RGK-MAR<br>U.S. District Court for Central California, Los Angeles |

The Mediation Program of the Ninth Circuit Court of Appeals facilitates settlement while appeals are pending. <u>See</u> Fed. R. App. P. 33 and Ninth Circuit Rule 33-1.

By October 21, 2021, counsel for all parties intending to file briefs in this matter are requested to inform Jonathan Westen, Circuit Mediator, by email at jonathan_westen@ca9.uscourts.gov, of their clients' views on whether the issues on appeal or the underlying dispute might be amenable to settlement presently or in the foreseeable future. **Counsel are requested to include the Ninth Circuit case name and number in the subject line.** This communication will be kept confidential, if requested, from the other parties in the case. This communication should not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see the Mediation Program website: **www.ca9.uscourts.gov/mediation.**

**The existing briefing schedule remains in effect**.

FOR THE COURT:

Beatriz L. Smith
Deputy Clerk

bls/mediation