UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff - Appellant, <br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants - Appellees. | No. 21-56022 <br><br> D.C. No. 2:21-cv-02803-RGK-MAR <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |
| RICHARD ROE, <br><br> Plaintiff - Appellant, <br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants - Appellees. | No. 21-56026 <br><br> D.C. No. 2:21-cv-02919-RGK-MAR <br> U.S. District Court for Central California, Los Angeles |
| MICHAEL MOE, <br><br> Plaintiff - Appellant, <br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants - Appellees. | No. 21-56027 <br><br> D.C. No. 2:21-cv-02990-RGK-MAR <br> U.S. District Court for Central California, Los Angeles |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeals are pending.

FOR THE COURT:

bls/mediation

Jonathan Westen
Circuit Mediator