CASE NO. 21-56022

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

JOHN DOE,

*Plaintiff-Appellant,*

v.

UNITED STATES OF AMERICA; TRACY L. WILKISON, Official Capacity; KRISTI KOONS JOHNSON, Official Capacity

*Defendants-Appellees*

Appeal From The United States District Court, Central District of California, Case No. 2:21-cv-02803-RGK-MAR, Hon. R. Gary Klausner

**STIPULATED MOTION TO DISMISS APPEAL VOLUNTARILY PURSUANT TO RULE 42(b)**

Benjamin N. Gluck
Nicole R. Van Dyk
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for Appellant John Doe*


Andrew Brown
Victor A. Rodgers
Maxwell K. Coll
Brian M. Alden
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
1100/1400/1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0102/2419/1785
Facsimile: (213) 894-0142/7177

*Attorneys for Appellees United States of America, et al.*

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees pursuant to Federal Rule of Appellate Procedure 42. Each party shall bear its own costs and fees to the extent any are outstanding.

DATED: December 22, 2021    Respectfully submitted,

    Benjamin N. Gluck
    Nicole R. Van Dyk
    Bird, Marella, Boxer, Wolpert, Nessim,
    Drooks, Lincenberg & Rhow, P.C.


By: _____s/ Benjamin N. Gluck_____
    Benjamin N. Gluck
    Attorneys for Appellant John Doe

DATED: December 22, 2021    TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney


By: _____s/ Victor A. Rodgers_____
    ANDREW BROWN/VICTOR
    RODGERS/MAXWELL COLL
    Assistant United States Attorney
    Attorneys for Appellees
    United States of America, et al.

## SIGNATURE ATTESTATION

Pursuant to Federal Rules of Appellate Procedure Ninth Circuit Rule 25-5(e), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 22, 2021  Respectfully submitted,

Benjamin N. Gluck
Nicole R. Van Dyk
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:     s/ Benjamin N. Gluck
         Benjamin N. Gluck

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2021, I electronically filed the foregoing **STIPULATED MOTION TO DISMISS APPEAL VOLUNTARILY PURSUANT TO RULE 42(b)** with the Clerk of the Court using the CM/ECF system. I certify that all counsel in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/EFC system.

Dated: December 22, 2021   s/ Benjamin N. Gluck
　　　　　　　　　　　　　　Benjamin N. Gluck